UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

INDEX NO. 1:20 cv 01910-FB-SMG

B. I. AN INFANT UNDER THE AGE OF 18 YEARS, BY HIS

NATURAL FATHER,

ARTHUR ISKHAKOV,

PLAINTIFFS

-AGAINST-

CHAZAQ ORGANIZATION USA INC

STEVEN SAPHIRSTEIN,

DEFENDANTS

PLAINTIFF NOTICE OF ORAL EXAMINATION TO DEFENDANT CHAZAQ

----------------------------------------------------------------------------X

TO: DEFENDANT CHAZAQ

PLEASE TAKE NOTICE that pursuant to Rule 30 of FRCP the testimony of defendant party Chazaq upon sworn examination by a court reporter stenographer and video recording will be taken before a notary public who is not an attorney or employee of any party, or prospective party, and is not a person who could be disqualified to act as a juror because of an interest or because of consanguinity or affiliation or relation to any party to any party herein, at a mutually agreeable date, time and location with respect to evidence and materials necessary in the prosecution of this action.

That the said person to be examined is required to produce at such examination any and all documentation related to the Plaintiff's complaint, interrogatories, and production of documents demanded by Plaintiff of Defendant, including:

All Chazaq hiring, employment, resume, disciplinary, personnel records of Stephan Saphirstein, at or before hiring at Chazaq, and any school records or intern records of plaintiff infant B.I.,

any documents or records regarding claims of sex harassment or sex abuse or assault of or against Defendant Saphirstein, including his NYPD arrest.

S/MARTIN DRUYAN ESQ.
MARTIN DRUYAN AND ASSOCIATES ATTORNEYS
ATTORNEYS FOR PLAINTIFF
450 7TH AVE
NY NY 10123 SUITE 3700

Dated August 20, 2020
New York, N.Y.

To: Glen Feinberg, Esq.
Wilson Elser etc.
Attorneys for Defendant Chazaq