# Worksite Application

## General Information

**Initiative:** SYEP **Cycle:** SYEP 2019

**Provider Name:** Samuel Field YM & YWHA Inc. formerly known as Central Queens Y

**Contract Name:** Samuel Field YM & YWHA Inc.-QNS-OY

**Worksite Name:** CHAZAQ

**Address:** 141-24 Jewel Avenue (Number and Street) | Room/Floor/Suite: | Queens (Borough/City) | 11367 (ZIP Code)

**Between/Cross Streets:** Main Street & Jewel Ave

**Travel Directions:** Train & BUs

**Sector:** Non-Profit

**Industry:** Educational Services

**Site Implementation:**

### Worksites Requiring Special Plans

**ChildCare:** No

**Nature/Environment Assignments:** No

**Description:** CHAZAQ (???) is an organization which has but one goal in mind - to Build a Stronger Future. Based in Queens NY, and gradually expanding across the globe, CHAZAQ has inspired thousands of people through its various programs since its inception in the year 2006.

**Website:** https://www.chazaq.org/

## Supervision and Management

**How many full-time employees do you have in your estabilishment?** 15

**How many of these staff will be responsible for supervising youth?** 5

| Name | Title | Email | Phone | Fax | Authorized to sign Attendance Sheets? | Site Representative | Key Management Personnel | Supervisor |
|---|---|---|---|---|---|---|---|---|
| Saloman, Miriam | Supervisor | miriam@chazq.org | 718-285-9132 | | Yes | Yes | Yes | Yes |
| Meirov, Leora | CEO/Founder | leora@chazaq.org | 718-285-9132 | | Yes | No | Yes | Yes |
| Khaimov, Mazal | CFO | mazal@chazaq.org | 718-285-9132 | | Yes | No | No | Yes |
| Meirov, Yaniv | Operations Manager | info@chazaq.org | 718-285-9132 | | Yes | No | Yes | Yes |
| Babayoff, Malka | Receptionist | office@chazaq.org | 718-285-9132 | | Yes | No | No | Yes |

# Worksite Application

## Job Duties & Schedule

**What is the total number of Participants requested from this DYCD Contractor for this Worksite?** 5

**What will be the number of Supervisors to Participants at this Worksite?** 5 (Supervisors) : 5 (Participants)

**Are you able to provide work experiences to youth for a total of 150 hours? (Full 6 weeks of the program) ?** ____________

**If no, please write-in your hours commitment:** ________

**Work Schedules**

| Name | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Copy | | 10:00 AM to 05:00 PM | 10:00 AM to 05:00 PM | 10:00 AM to 05:00 PM | 10:00 AM to 05:00 PM | 09:00 AM to 03:00 PM | |

**Will youth have alternate/staggered works schedules?** Yes

## Job Titles and Duties

**Category:** Business/Office

**Job Title:** Clerical Aide/Office Assistant

**Duties:** Answer phones, make copies, file, fax, light typing, some computer use, schedule appointments, sign in customers/clients

**Total # of Participants assigned to these job duties:** 5 **Youth Must be 18+ to complete these dutues?** ______

**Special Requirements:** Typing, Customer Service, making phone calls. Speak English, Hebrew and Russian. College students.

# Worksite Application

## Required Attachments and Certifications

**Has this organization/agency been the subject of any federal, state or city investigation, criminal or civil action in the last five years?** No

**If Yes, provide all details, dates and outcomes below or on a separate sheet that must be attached to this application.**

**By checking this box, I certify that I have received the completed Site Assurances and Certifications form containing the original signature of the worksite's primary representative. I further certify that I have received and reviewed the entire application and that all required questions have been answered. I understand that DYCD retains the right to review the records and any misrepresentations made by me shall be grounds for the termination of my contract.**

**Do you have a complete and signed Site Assurances and Certifications Form?** Yes