NYC Department of Youth & Community Development | WORKFORCE CONNECT DYCD Youth Employment Programs

**SYEP Provider:**
**Worksite Pre-Assessment Report 2019**

**General Information for Worksite**

SYEP Provider: Samuel Field Y

Worksite Name: Chazaq

*For Supervisor use ONLY:* Status of site: ☐ Approved ☐ Pending Follow-Up ☐ Disapproved
*(Please review monitor's report and check the status of this worksite)*

Address: 141-24 Jewel Ave (Number & Street Address) Queens (Borough) 11367 (Zip Code)

Sector: ☑ Non-Profit ☐ Large Non-Profit* can also mean (Universities or Hospitals) ☐ Private/For-Profit ☐ Public /Government

Worksite Supervisor: Miriam Saloman Title: Supervisor Phone#: 718-285-9132

Alternate Supervisor: Leora Meirov Title: CEO/Founder Phone#: 718-285-9132

Has this organization been a Worksite for SYEP in prior years? ☐ No ☐ Yes If yes, what year(s)?

How many participants **total** have been requested by this Worksite? 5

If this Worksite has submitted additional Worksite Applications to other DYCD Providers to participate in the SYEP this program year, list the name(s) of the Providers and the number of participants requested. (*Please add additional pages to complete list if necessary*) If not applicable, indicate with a check in the box: ☐ N/A

| DYCD Provider Name | # of Participants |
|---|---|
| SFY | 5 |
| | |
| | |
| | |

List all Supervisors, titles, area of supervision and room # or location. *Add additional pages if necessary.*

| Supervisor Name | Title | Area/Location |
|---|---|---|
| Miriam Saloman | Supervisor | Site |
| Leora Meirov | CEO/Founder | Site |
| Mazal Khaimov | CFO | Site |
| Yaniv Meirov | Operations Manager | Site |
| Malka Babayoffa | Receptionist | Site |
| | | |
| | | |

**Name of Provider Monitor (Print)** Katrina Jasone Rese **Date** 5/10/2019 1:30pm

*Please follow the instructions when completing this form.*

1. Complete the attached form for each potential Worksite. (You must already have completed a 2019 Worksite Application)
2. This Pre-Assessment must be completed prior to the start of the program. (Note: If there are any inconsistencies with the Worksite Application, or if there are any Safety Hazards found during this visit, this worksite must be labeled "Pending", and a Re-Visit must be done to clear this site for participation in the program. All correspondence (Re-Visit Forms, emails, etc.) must be kept on file with this original Assessment Form.
3. All Provider: Worksite Pre-Assessment Reports must be completed by a supervisor and kept in the corresponding worksite file within your agency's office. This will allow for all documents to be available for review. Do NOT submit them to DYCD. All visits must be logged into the SYEP system on a weekly basis.
4. Please complete pages 1 and 2 of this Provider: Worksite Pre-Assessment Report and the corresponding Service Option information at the end of this report. When filing this report, page 1 and 2 can be copied, but all signatures must be original on the Service Option Information page.

NYC Department of Youth & Community Development | WORKFORCE CONNECT DYCD Youth Employment Programs

***SYEP Provider:***
**Worksite Pre-Assessment Report 2019**

**General Information for Worksite**

SYEP Provider: Samuel Field Y

Worksite Name: CHAZAQ

*Evaluate the location of this worksite and answer these questions from your observation. If major issues are detected, specify in summary, and suggest Follow-up.*

**Facility**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Is the facility free of safety hazards? | ☑ | Yes | ☐ | No |
| 2 | Is there adequate lighting? | ☑ | Yes | ☐ | No |
| 3 | Are there adequate bathroom facilities? | ☑ | Yes | ☐ | No |
| 4 | Is the facility adequately clean? | ☑ | Yes | ☐ | No |
| 5 | Is the facility well ventilated? | ☑ | Yes | ☐ | No |
| 6 | Is there a posted Certificate of Occupancy? | ☑ | Yes | ☐ | No |
| 7 | Are there accessible Emergency Exits? | ☑ | Yes | ☐ | No |
| 8 | Is there an updated fire extinguisher/ sprinkler system available? | ☑ | Yes | ☐ | No |
| 9 | Does the facility conduct regular fire drills? | ☑ | Yes | ☐ | No |

***Check** Yes or No for each question. You must provide detailed comments and/or explanations as they may apply to the questions within this report; in the summary. Write N/A next to the question if it is not applicable at this phase of the program.*

**Operations**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Is there a copy of the "Worksite Application" form on file at this worksite? | ☑ | **Yes** | ☐ | **No** |
| 11 | Does the site have a completed "Worksite Certificate and Assurance" on file? | ☑ | **Yes** | ☐ | **No** |
| 12 | Has the site coordinator attended an orientation, if not are they scheduled, and give the date? | ☑ | **Yes** | ☐ | **No** |
| Details: | | | | | |
| 13 | Has the site coordinator received the current SYEP Worksite Handbook? | ☑ | **Yes** | ☐ | **No** |
| 14 | Does the Worksite have adequate knowledge of the time and attendance procedures? | ☑ | **Yes** | ☐ | **No** |
| 15 | Were the supervisors easy to locate and accessible for the interview? | ☑ | **Yes** | ☐ | **No** |
| 16 | Is there adequate planning for the proposed activities? (Equipment, spacing, furniture etc.) | ☑ | **Yes** | ☐ | **No** |
| 17 | Please check if posted: | ☑ DOL Permitted Working Hours For Minors Under 18 Years Of Age | | ☑ NYS Drug Free Workplace Requirements | |

**Childcare Site Questions:** If this is not a Childcare site, please check here: ☐

18 If this is a Childcare establishment; please confirm the most current License or Permit is on file and available for review.

Please check the available document: *(See date of Expiration)* ☐ License (SACC, DOH Center, Homebase) ☐ Camp Permit

Please review and confirm the site supervisor is aware of the Childcare related ratio of supervisors to participants.
*(Sites should follow all DOH details for child supervision)*

| ***Age Group*** | **Normal Activities** | **Off-site Trips** |
|---|---|---|
| Up to age 5 | 1:6 | 1:5 (All Ages) |
| Ages 6-7 | 1:9 | |
| 8 and older | 1:12 | |

***Note: SYEP participants are not allowed to be left alone with the children at anytime.***

NYC Department of Youth & Community Development | WORKFORCE CONNECT DYCD Youth Employment Programs

***SYEP Provider:***
**Worksite Pre-Assessment Report 2019**

**General Information for Worksite**

SYEP Provider: Samuel Field Y

Worksite Name: Chazaq

☐ Service Option: ***Older Youth 16-24 years old*** ☐ Service Option: ***Vulnerable Youth***

| | | | | | |
|---|---|---|---|---|---|
| 1 | Is the supervisor/participant ratio sufficient for this site; and in accordance with DYCD rules and regulations? | ☑ | **Yes** | ☐ | **No** |
| 2 | Are the participant's planned activities consistent with the "Job Duties" described in the Worksite Application as it pertains to this Service Option? | ☑ | **Yes** | ☐ | **No** |
| 2a | Job Duties are: | Clerical work - schedule appointments, answer calls, file, fax | | | |
| 3 | Are the work activities age appropriate and in compliance with Child Labor Laws? | ☑ | **Yes** | ☐ | **No** |

Provide the Projected **Participant Work Schedule as it coincides with this Service Option**?
***Weekly Participant Work Schedule- Maximum of 25 Hours Weekly***

| Day of the week | ***Sunday*** | ***Monday*** | ***Tuesday*** | ***Wednesday*** | ***Thursday*** | ***Friday*** | ***Saturday*** |
|---|---|---|---|---|---|---|---|
| Start Time | | 10:00am | 10:00am | 10:00am | 10:00am | 9:00am | |
| End Time | | 5:00PM | 5:00PM | 5:00PM | 5:00pm | 3:00pm | |

Please provide a summary of all findings during this visit. ***(Summary is required)*** Comment on the Worksite's overall facility, and preparation for the participants and their knowledge of the programs policies and procedures. *Use additional pages if necessary*.

**Summary**

worksite is clean and organized. Supervisor is looking forward to a great summer.

Katrina Jasona Rose
**Signature of Provider Monitor** **Date**

*I hereby certify that all information contained in this report is accurate and complete to the best of my knowledge.*

MS.
**Signature of Worksite Supervisor** **Title** **Date**

***Provider Supervisor Staff use ONLY***

**Is there need for Follow-up? (Check one)** ☐ **No** ☐ **Yes *(If YES; provide details; include tentative date for Re-Visit.)***

**Signature of SYEP Program Director** **Date**

NYC Department of Youth & Community Development

WORKFORCE CONNECT DYCD Youth Employment Programs

# Summer Youth Employment Program (SYEP)

## 2019 Worksite Assurance and Certification Agreement

As the authorized representative of Chorzad ("Worksite"), located at 141-24 Jewel Ave Flushing 13B (Address); I hereby certify that the Worksite is and shall remain in compliance with all applicable provisions of the Federal Government, New York State ("State") Labor Law and The City of New York ("City") Department of Youth & Community Development ("DYCD") and shall implement the program as described in the Worksite Application and the SYEP Worksite Handbook for the 2019 Summer Youth Employment Program ("SYEP").

As an SYEP Worksite, I certify that:

1. The Worksite will fully provide the activity described in the Worksite Application and will provide supervision in the appropriate ratio to all Participants assigned to this Worksite at all times. Further, the Worksite will account for and certify Participants' time and attendance and will ensure that the hours reported reflect the actual hours worked.
2. The buildings, surroundings and conditions at the location where Participants are to be assigned are in compliance with all applicable Federal, State and local laws, codes and standards as well as standards set forth by DYCD in the SYEP Worksite Handbook.
3. The Worksite complies and will continue to comply with all regulations concerning prohibited activities of the State Department of Labor ("DOL") Rules and Regulations as published by the DOL.
4. I understand the worksite may be monitored by DYCD, the State DOL, and any other City, State or Federal agencies in **unannounced visits**, and I will provide each monitoring agency with information pertinent to the operation of SYEP.
5. I understand that, if the Worksite is found in violation of SYEP requirements or DYCD policies and procedures as stated in the SYEP Worksite Handbook, DYCD reserves the right to unilaterally terminate participation as an SYEP Worksite.
6. Each individual who supervises SYEP Participants will attend training provided by the SYEP Provider and failure to attend will result in removal of SYEP Participants and/or termination of the Worksite's participation in SYEP.
7. The Worksite has performed or will perform background screening for all staff members, including regular volunteer staff, who will be working with SYEP Participants, in accordance with the requirements outlined in the SYEP Worksite Handbook. Such background screening must include criminal history and employment history, while complying with applicable law, including the New York City Fair Chance Act. Based on the background screening, the Worksite will make a determination, which is subject to approval by DYCD and/or the SYEP Provider, as to whether staff may properly and safely supervise or work with SYEP Participants. I further certify that none of the officers, directors, or managing personnel of the Worksite have been convicted of defrauding the City/State/Federal government or of obstructing an investigation with respect to such fraud during the past three years.
8. The Worksite will report to the SYEP Provider any incident involving SYEP Participants which potentially impacts the health, safety, or well-being of an individual, property, or the operation of the SYEP Program, or which stems from or is related to the SYEP Program, in accordance with DYCD's Incident Reporting policy.
9. The Worksite will comply with all Drug Free Workplace requirements outlined in the SYEP Worksite Handbook.
10. The Worksite has available for review Certificates of Incorporation, Health Inspection Certificates, and any other documentation pertaining to its status and compliance with applicable laws.

Please note this is a summary of your requirements as a Worksite in SYEP. To review complete details of your responsibilities, please read the SYEP Worksite Handbook or contact your SYEP Provider with questions.

***I agree to the above conditions and specifications of this "Worksite Assurances and Certifications Agreement" to provide the SYEP services in connection with the requirements above and in conjunction with the SYEP Worksite Handbook.***

Worksite Representative: Name (Print): Miriam Salomon Title: ______
Signature: MS. Date: ______

Provider Representative: Name (Print): Katrina Jasona Rose Title ______
Signature: Katrina Jasona Rose Date: ______

***Please Note: Application submission to multiple SYEP Providers can multiply the number of youth requested. Confer with your perspective Provider for guidance.***