UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

B.I. INFANT BY FATHER ARTHUR ISKHAKOV,

Plaintiff,

-against-

THE CITY OF NEW YORK, COMMONPOINT QUEENS, STEVEN SAPHIRSTEIN, and CHAZAQ ORGANIZATION USA INC.

Defendants.

----------------------------------------------------------------------x

**NOTICE OF MOTION**

20-CV-01910 (PK)

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Defendant City of New York's ("Defendant City") Motion to Dismiss the Second Amended Complaint (SAC) dated October 22, 2021 and upon all the papers and proceedings had herein, Defendant City will move in this Court, before the Honorable Peggy Kuo at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn New York 11201 for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the SAC and denying the relief requested therein in part, together with costs, fees, disbursements, and granting it such other and further relief as the Court may deem just and proper.

**PLEASE ALSO TAKE NOTICE** that pursuant to the Court's Order dated December 2, 2021, Plaintiff's opposition to Defendant City's Motion to Dismiss is due on January 25, 2022, and Defendant City's reply is due on February 11, 2022.

Dated: New York, New York
December 13, 2021


GEORGIA M. PESTANA
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street
New York, New York 10007
Office: (212) 356-0893
ckruk@law.nyc.gov

By: s/
Carolyn Kruk
Assistant Corporation Counsel