UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---x

B.I. an Infant under the age of 18 years, By His Natural Father ARTHUR ISKHAKOV,

Plaintiff,

- against -

CHAZAQ ORGANIZATION USA INC., STEVEN SAPHIRSTEIN, COMMONPOINT QUEENS A/K/A QUEENS CENTRAL Y, NEW YORK CITY AGENCY OF YOUTH AND COMMUNITY DEVELOPMENT, and THE CITY OF NEW YORK,

Defendants.

---x

**NOTICE OF MOTION**

Index No. 1:20 cv 01910 PK

PLEASE TAKE NOTICE that upon the annexed declaration of Daniel W. Milstein, Esq., dated December 16, 2021, the accompanying Memorandum of Law, and upon all prior papers and proceedings herein, defendant COMMONPOINT QUEENS A/K/A QUEENS CENTRAL Y will move this Court, at the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, NY 11201, before the Hon. Peggy Kuo, on a date to be designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the plaintiff's complaint herein, and granting such other and further relief as may be just and proper in the circumstances.

PLEASE TAKE NOTICE that, pursuant to this court's Order dated December 2, 2021, Plaintiff's opposition is due on January 25, 2022, and reply is due on February 11, 2022.

Dated: New York, New York
December 16, 2021

Yours, etc.

Daniel W. Milstein

BY: Daniel W. Milstein
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
Attorneys for COMMONPOINT QUEENS A/K/A QUEENS CENTRAL Y
Office & P.O. Address
600 Third Avenue
New York, NY 10016
(212) 593-5366