UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

B.I. an infant under the age of 18 years, by his natural father, ARTHUR ISKHAKOV,

Plaintiffs,

-against-

CHAZAQ ORGANIZATION, USA, INC., STEVEN SAPHIRESTEIN, COMMONPOINT QUEENS a/k/a QUEENS CENTRAL Y, NEW YORK CITY AGENCY OF YOUTH AND COMMUNITY DEVELOPMENT, and THE CITY OF NEW YORK,

Defendants.

-----------------------------------------------------------X

Docket No.: 1:20-CV-01910

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned, that, whereas no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued against Defendant, **CHAZAQ ORGANIZATION, USA, INC., ONLY**, with prejudice, and without costs to either party as against the other.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that a fully executed copy of this stipulation may be filed with the Court without further notice. A copy of any signature hereon is deemed to have the same force and effect as an original signature.

Dated: White Plains, New York
March 10, 2022

**MARTIN DRUYAN & ASSOCIATES**

By: ______________________


Martin Druyan, Esq.
*Attorneys for Plaintiff*
450 7th Avenue, Suite 3700
New York, New York 10123
Tel: (212) 279-5577
md@druyanlaw.com


**FULLERTON BECK LLP**

By: ______________________


Brandon Berkowski, Esq.
*Attorneys for Defendant*
**CHAZAQ ORGANIZATION, USA, INC.**
One West Red Oak Lane
White Plains, New York 10604
File No.: 0046-001
Tel: (914) 305-8634
bberkowski@fullertonbeck.com