# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Daniel W. Milstein
Phone (212) 593-5366
Fax (212) 593-6970
dwmilstein@arfdlaw.com

April 10, 2024

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: B.I. AN INFANT UNDER THE AGE OF 18 YEARS, BY HIS NATURAL FATHER,
Index No:    1:20-cv-01910-PK

Dear Honorable Magistrate Judge Kuo:

My office represents COMMONPOINT QUEENS A/K/A QUEENS CENTRAL Y in the above-referenced matter. I am writing with the consent of Mark Toews, Esq., counsel for the City. We represent all of the remaining defendants in this matter (with the exception of defendant Saphirstein). I am writing in response to this court's April 4, 2024 order, regarding magistrate judge jurisdiction. At this time, all parties have consented and agreed to magistrate jurisdiction for the purposes of this motion to dismiss. Both Mr. Toews and I have executed the necessary forms as well, and we are just waiting on plaintiff's counsel's signature. Again, plaintiff's counsel has agreed, both on the record and via e-mail this week, to having the Magistrate Judge decide the pending motions to dismiss. We will file the fully executed form as soon as it is signed.

Thank you for your attention to this letter. I am happy to provide any further documentation Your Honor may require, as is Mr. Toews.

Very truly yours,

*Daniel Milstein*

Daniel W. Milstein
DWM\dwm

Att:
April 10, 2024

Re:  B.I. AN INFANT UNDER THE AGE OF 18 YEARS, BY HIS NATURAL FATHER,

2