UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————x

B.I. an Infant under the age of 18 years, By His Natural Father ARTHUR ISKHAKOV,

                Plaintiff,

- against -

CHAZAQ ORGANIZATION USA INC., STEVEN SAPHIRSTEIN, COMMONPOINT QUEENS A/K/A QUEENS CENTRAL Y, NEW YORK CITY AGENCY OF YOUTH AND COMMUNITY DEVELOPMENT, and THE CITY OF NEW YORK,

                Defendants.
———————————————————————x

**NOTICE OF APPEARANCE**

Index No. 1:20 CV 01910 PK

**PLEASE TAKE NOTICE**, that AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP appears as attorneys on behalf of COMMONPOINT QUEENS a/k/a QUEENS CENTRAL Y, in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings be served upon the undersigned.

Dated:    New York, New York
            April 17, 2024

                                      Yours, etc.

                                      *Alison R. Shields*
                                      BY: Alison R. Shields
                                      Aaronson Rappaport Feinstein & Deutsch, LLP
                                      Attorneys for Defendant
                                      COMMONPOINT QUEENS A/K/A QUEENS CENTRAL Y 600 Third Avenue
                                      New York, NY 10016
                                      (516) 281-9601

To:    MARTIN DRUYAN AND ASSOCIATES ATTORNEYS
        Attorney for Plaintiffs
        450 7th Avenue Suite 3700
        New York, NY 10123

Mark G. Toews
New York City Law Department
General Litigation Division
Attorney for THE CITY OF NEW YORK
100 Church Street
New York, New York 10007